PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   )<br>                                                          )<br>                    vs.                          )   **Docket Number: 2:05CR00140**<br>                                                          )<br>**Maria LEON**                               )<br>**aka: Maria Rivera**                   ) | |

On July 27, 2005, the above-named was placed on probation for a period of 60 months. Restitution to the Social Security Administration was ordered in the amount of $18,228.

On July 27, 2007, this office learned that the probationer was confirmed dead by an attending physician at UC Davis Medical Center on June 8, 2007 (copy of the death certificate is on file). It is accordingly recommended this case be closed.

                                             Respectfully submitted,

                                             /s/   John A. Poglinco

                                             **JOHN A. POGLINCO
                                             Senior United States Probation Officer**

Dated:        July 30, 2007
                   Sacramento, California
                   JAP:jz

**REVIEWED BY:**        /s/   Kyriacos M. Simonidis
                                   **KYRIACOS M. SIMONIDIS
                                   Supervising United States Probation Officer**

1

**Re:**  **Maria LEON**
    **aka:  Maria Rivera**
    **Docket Number:   2:05CR00140-01**
    **ORDER TERMINATING TERM OF PROBATION**
    **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that probationer Maria Leon, aka Maria Rivera, is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

| | |
|---|---|
| 8/6/07 | /s/  Gregory G. Hollows |
| **Date** | **GREGORY G. HOLLOWS** |
| | **United States Magistrate Judge** |

leon.ord

(Notification copy on file)

cc:     AUSA - Misdemeanor Unit
    FLU Unit - United States Attorney's Office
    Fiscal Clerk - Clerk's Office